**FILED**

JAN - 9 2008
Jan 9, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: MARIAN LAFERRIERE
(Please print)

STREET ADDRESS: 944 W. MONTROSE AV.

CITY/STATE/ZIP: CHICAGO IL. 60613

PHONE NUMBER: 773-679 0507

CASE NUMBER: 08CV0186
JUDGE NORGLE
MAG. JUDGE KEYS

Signature: [signed]   Date: 01-07-08