**FILED**
Jan 9, 2008
JAN - 9 2008

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION    MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s) **MARIAN LAFERRIERE**

v.

Defendant(s) **PREMIER MANAGMENT SERV. INC**
**MID-AMERICA BUILDING MAINETNANCE CO.**

**08CV0186**
**JUDGE NORGLE**
**MAG. JUDGE KEYS**

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, **MARIAN LAFERRIERE**, declare that I am the (check appropriate box)
   [✓] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: **I MAKE A MANY CALLS BUT THE COST FOR ATTORNEY IS OUT MY RANGE. I'M BEHIND MY BILLS. LAST RENT WAS PAID IN SEPTEMBER. DIABETES MEDICINE IS EXPENSIVE**

3. In further support of my motion, I declare that (check appropriate box):

   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [✓] I am ~~currently, or~~ previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_____     **944 W. MONTROSE AV.**
Movant's Signature                  Street Address

**01-07-08**                         **CHICAGO IL. 60613**
Date                                 City, State, ZIP

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: CHARLES R. NORGLE    Case Number: 1 04 CV 0287

Case Title: DISCRIMINATION

Appointed Attorney's Name: DENIS CONDON

If this case is still pending, please check box ☐    NO

Assigned Judge: JOHN W. DARRAH    Case Number: 04 C 2387

Case Title: DISCRIMINATION

Appointed Attorney's Name: RICHARD PERNA

If this case is still pending, please check box ☐    NO

Assigned Judge: ARLANDER KEYS    Case Number: 1 04 CV 02725

Case Title: DISCHARGE

Appointed Attorney's Name: TIMOTHY BARDON

If this case is still pending, please check box ☐    NO

Assigned Judge: ROBERT W. GETTLEMAN    Case Number: 106-CV 3244

Case Title: REFUSE TO HIRE

Appointed Attorney's Name: LAURIE M. BURGESS

If this case is still pending, please check box ☐    NO