## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 186 | **DATE** | 1/22/2008 |
| **CASE TITLE** | Laferriere vs. Premier Mgmt. Serv. Inc., et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's Application to proceed In Forma Pauperis [4] is granted. Plaintiff's Motion for Appointment of Counsel [5] is denied. Plaintiff has not specifically identified any attorneys he has attempted to retain in this matter. The court notes that the District Court has appointed counsel for Plaintiff on at least four prior occasions in cases related to alleged employment discrimination. Plaintiff does not indicate whether he has attempted to contact any of his previous attorneys.

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|