MHN

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Marian Laferriere | 08C186 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Premier Mgmt. Serv. Inc., et al. | S/C |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Premier Management Services Inc.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

595 Elm Pl., Higland Park, IL 60035

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Marian Lferriere
944 W. Montrose Ave.
Chicago, IL 60613

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | 0 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold

*FILED*
*2-15-2008*
*FEB 15 2008*
*MICHAEL W. DOBBINS*
*CLERK, U.S. DISTRICT COURT*

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>01-28-08 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | TD | Date |
|---|---|---|---|---|---|---|
| | 2 of 2 | No. 24 | No. 24 | | | 01-28-08 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served (if not shown above) | ☒ A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| Joel Rosenstein | Date of Service | Time | am |
| Address (complete only if different than shown above) | 2/8/08 | 12:50 | pm |
| | Signature of U.S. Marshal or Deputy<br>George Stefer | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 96 00 | 26·19 | 0 | 122.19 | 0 | 122.19 | 0 |

REMARKS:

1 DUSM x 2 hours @ 54 miles round trip. *gp*

Bob Softer from another company at the address for Premier Management called Joel Rosenstein, of Premier Management, and notified him that a US Marshal was serving papers. Papers were left on the chair of Joel Rosenstein. *gp*

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)