FAS/KAR/ld                  #33179                  29-329-4-29

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIAN LAFERRIERE, | ) |
|         Plaintiff, | ) |
| v. | ) No. 08 CV 0186 |
| PREMIER MANAGEMENT SERVICES, INC. and MID-AMERICA BUILDING MAINTENANCE CO., | ) Judge Charles R. Norgle <br> ) Magistrate Judge Arlander Keys |
|         Defendants. | ) |

### NOTICE OF ELECTRONIC FILING

TO:    Ms. Marian Laferriere
        944 W. Montrose Avenue
        Chicago, Illinois 60613

PLEASE TAKE NOTICE that on the 26th day of February, 2008, there was electronically filed with the Clerk of the Court, on behalf of Defendant, MID-AMERICA BUILDING MAINTENANCE CO., its **Appearance** and this **Notice of Filing.**

                                           MID-AMERICA BUILDING MAINTENANCE CO.

                                           By:      s/Francis A. Spina           .
                                                              One if Its Attorneys

Francis A. Spina
Kimberly A. Ross
CREMER, KOPON, SHAUGHNESSY & SPINA, LLC
180 N. LaSalle Street, Suite 3300
Chicago, Illinois 60601
(312) 726-3800
(312) 726-3818 Facsimile

## PROOF OF SERVICE

The undersigned, being first duly sworn on oath, deposes and says that she served the foregoing Notice of Electronic Filing and the documents referred to therein by mailing a copy to each person identified above on the 26th day of February, 2008 from 180 N. LaSalle Street, Chicago, Illinois.

Subscribed and Sworn to before me

his 25th day of February, 2008.

NOTARY PUBLIC

29-329\#185903.doc

"OFFICIAL SEAL"
Regina M Staschke
Notary Public, State of Illinois
Commission Expires 12/17/2011

2