UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**Eastern Division**

In the Matter of
MARIAN LAFERRIERE

                    Plaintiff,

v.                             Case Number:   08 CV 186

PREMIER MANAGEMENT SERVICES, INC. and
MID-AMERICA BUILDING MAINTENANCE CO.
                    Defendants.

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

**MID-AMERICA BUILDING MAINTENANCE CO.**

| (A) | (B) |
|---|---|
| SIGNATURE  s/Francis A. Spina | SIGNATURE |
| NAME  Francis A. Spina | NAME |
| FIRM  CREMER, KOPON, SHAUGHNESSY & SPINA, LLC | FIRM |
| STREET ADDRESS  180 North LaSalle Street, Suite 3300 | STREET ADDRESS |
| CITY/STATE/ZIP  Chicago, Illinois 60601 | CITY/STATE/ZIP |
| TELEPHONE NUMBER  (312) 726-3800 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)   03127703 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   X YES ☐   NO ☐ | MEMBER OF TRIAL BAR?   YES ☐   NO ☐ |
| TRIAL ATTORNEY?   X YES ☐   NO ☐ | TRIAL ATTORNEY?   YES ☐   NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES ☐   NO ☐ | MEMBER OF TRIAL BAR?   YES ☐   NO ☐ |
| TRIAL ATTORNEY?   YES ☐   NO ☐ | TRIAL ATTORNEY?   YES ☐   NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? | DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO ☐ |