UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**Eastern Division**

In the Matter of
MARIAN LAFERRIERE

                      Plaintiff,

v.                                  Case Number:  08 CV 186

PREMIER MANAGEMENT SERVICES, INC. and
MID-AMERICA BUILDING MAINTENANCE CO.
                      Defendants.

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

**MID-AMERICA BUILDING MAINTENANCE CO.**

| (A) | | (B) | |
|---|---|---|---|
| SIGNATURE | | SIGNATURE | s/Kimberly A. Ross |
| NAME | | NAME | Kimberly A. Ross |
| FIRM | | FIRM | CREMER, KOPON, SHAUGHNESSY & SPINA, LLC |
| STREET ADDRESS | | STREET ADDRESS | 180 North LaSalle Street, Suite 3300 |
| CITY/STATE/ZIP | | CITY/STATE/ZIP | Chicago, Illinois 60601 |
| TELEPHONE NUMBER | | TELEPHONE NUMBER | (312) 726-3800 |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | 06231248 |
| MEMBER OF TRIAL BAR? | YES ☐ NO ☐ | MEMBER OF TRIAL BAR? | X YES ☐ NO ☐ |
| TRIAL ATTORNEY? | YES ☐ NO ☐ | TRIAL ATTORNEY? | X YES ☐ NO ☐ |
| | | DESIGNATED AS LOCAL COUNSEL? | YES ☐ NO ☐ |
| (C) | | (D) | |
| SIGNATURE | | SIGNATURE | |
| NAME | | NAME | |
| FIRM | | FIRM | |
| STREET ADDRESS | | STREET ADDRESS | |
| CITY/STATE/ZIP | | CITY/STATE/ZIP | |
| TELEPHONE NUMBER | | TELEPHONE NUMBER | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | |
| MEMBER OF TRIAL BAR? | YES ☐ NO ☐ | MEMBER OF TRIAL BAR? | YES ☐ NO ☐ |
| TRIAL ATTORNEY? | YES ☐ NO ☐ | TRIAL ATTORNEY? | YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? | | DESIGNATED AS LOCAL COUNSEL? | YES ☐ NO ☐ |

29-329\#185922.doc