FAS/KAR/ld                        #33179                        29-329-4-29

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MARIAN LAFERRIERE, | ) |
|           Plaintiff, | ) |
| v. | ) No.  08 CV 0186 |
| PREMIER MANAGEMENT SERVICES, INC. and MID-AMERICA BUILDING MAINTENANCE CO., | ) Judge Charles R. Norgle<br>) Magistrate Judge Arlander Keys |
|           Defendants. | ) |

### STIPULATION TO DISMISS

Plaintiff, Marian Laferriere, *pro se*, Defendant Mid-America Building Maintenance, Co., by its attorneys, Kimberly A. Ross, Francis A. Spina, and CREMER, KOPON, SHAUGHNESSY & SPINA, LLC, and Defendant Premier Management Services, Inc. and jointly submit the following stipulated facts in support of the entry of an order of dismissal in this action.

1. That all three parties to this action have reached a final settlement agreement and compromise of all of the claims asserted in this action.

2. That the agreement of the parties has been formalized in a written Settlement and Confidentiality Agreement and Release.

3. That pursuant to the settlement the parties agree this case should be dismissed with prejudice, each party to bear its own costs and fees.

WHEREFORE, the parties request this court to enter an order dismissing this action with prejudice and without costs or fees to either party.

_____
Plaintiff
Marian Laferriere

_____
Attorney for Mid-America Building
Maintenance, Co.

Francis A. Spina
Kimberly A. Ross
CREMER, KOPON, SHAUGHNESSY & SPINA, LLC
180 N. LaSalle Street, Suite 3300
Chicago, Illinois 60601
(312) 726-3800
(312) 726-3818 Facsimile

29-326\#186365