

*MHN*

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 186 | **DATE** | 2/29/2008 |
| **CASE TITLE** | Marian Laferriere vs. Premier Management Services, Inc. | | |

**DOCKET ENTRY TEXT**

Enter Dismissal Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: EF