UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIAN LAFERRIERE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.  08 CV 0186 |
| | ) |
| PREMIER MANAGEMENT SERVICES, | ) Judge Charles R. Norgle |
| INC. and MID-AMERICA BUILDING | ) Magistrate Judge Arlander Keys |
| MAINTENANCE CO., | ) |
| | ) |
| Defendants. | ) |

### DISMISSAL ORDER

THE COURT having been advised that all matters in controversy in this matter have been compromised and settled as between the parties and having been presented with a Stipulation to Dismiss executed by the parties (said stipulation which is hereby referenced and incorporated into this dismissal order),

IT IS HEREBY ORDERED that this matter is dismissed in its entirety, with prejudice, and without costs to any party. The court shall retain jurisdiction to enforce the settlement.

ENTERED:  2-29-08

_Charles Norgle_
Judge / Date